IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TIA SAUCIER** § | | **PLAINTIFF** |
| § | | |
| **v.** § | | **Civil Action No. 1:04cv686HSO-RHW** |
| § | | |
| § | | |
| **COLDWELL BANKER** § | | |
| **JME REALTY, et al.** § | | **DEFENDANTS** |

## AMENDED FINAL JUDGMENT

This cause came on for hearing before the Court on Defendants' Rule 50(b) Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Rule 59 Motion for New Trial [108], filed on October 19, 2007.  After consideration of the arguments of counsel, the pleadings on file and for the reasons more fully stated in the record at the hearing conducted in this matter on January 29, 2008, the Court finds that, consistent with its Order entered herewith, the Final Judgment in this case must be amended as follows:

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Judgment entered in this cause on October 4, 2007, in favor of Plaintiff and against Defendant Coldwell Banker JME Realty is hereby set aside, and Judgment is rendered in favor of Defendant Coldwell Banker JME Realty pursuant to FED. R. CIV. P. 50(b). Plaintiff's claims against this Defendant are hereby dismissed, with prejudice.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, pursuant to FED. R. CIV. P. 50(b), the Judgment entered in this cause on October 4, 2007, in favor of

Plaintiff and against Defendant Clara Plummer, is hereby amended, such that Judgment is hereby rendered in favor of Plaintiff and against Defendant Clara Plummer in the amount of $30,411.51.

**SO ORDERED AND ADJUDGED**, this the 30th day of January, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE