IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| TIA SAUCIER | § | PLAINTIFF |
|---|---|---|
| | § | |
| v. | § | Civil Action No. 1:04CV686HSORHW |
| | § | |
| COLDWELL BANKER JME | § | |
| REALTY, et al. | § | DEFENDANTS |

## SECOND AMENDED FINAL JUDGMENT

This matter came on to be heard on the Cross Motions for Summary Judgment [142], [144], filed by Defendant Clara Plummer and Plaintiff Tia Saucier, respectively. The Court, after consideration of the Cross Motions, the mandate of the Fifth Circuit Court of Appeals, the record in this case, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith, the Amended Final Judgment in this case must be amended as follows:

**IT IS, ORDERED AND ADJUDGED,** that Amended Final Judgment entered in this cause on January 30, 2008, in favor of Plaintiff and against Defendant Clara Plummer, is hereby further amended, such that Judgment is hereby rendered in favor of Plaintiff and against Defendant Clara Plummer in the amount of $41,221.27, plus post-judgment interest from this date forward as prescribed by 28 U.S.C. §1961.

**SO ORDERED AND ADJUDGED**, this the 8th day of October, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE